Meredith Holley, OSB No. 125647
Meredith@ErisResolution.com
Shiwanni Johnson (she/her), OSB No. 214106
Shiwanni@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DENICE SPENCER, an individual, | Case No.   6:20-cv-02187-MK |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND STIPULATED ORDER OF DISMISSAL** |
| GREATER ALBANY PUBLIC SCHOOL DISTRICT 8J, an Oregon Public School District; SCOTT SMITH, in his individual and official capacity, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the parties performed their respective terms and conditions under their settlement agreement and, that pursuant to their settlement agreement, this action shall be dismissed with prejudice, and with each party bearing its own costs and attorney fees, pursuant to Local Rule 41-1; *see* Fed. R. Civ. P. 41(a)(1)(ii).

///

**STIPULATED JUDGMENT OF DISMISSAL:** Spencer v. Greater Albany Public School District 8J, et al.

Page - 1

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice and without costs or fees to any party.

DATED: May 13, 2022.

_____
THE HONORABLE MUSTAFA T. KASUBHAI
United States Magistrate Judge

IT IS SO STIPULATED:

                                                                   GARRETT HEMANN ROBERTSON P.C.

By: _s/ Meredith Holley_____      By: _s/    Rebekah R. Jaconson_
   Meredith Holley, OSB #125647            Rebekah R. Jacobson, OSB No. 063024
   Of Attorneys for Plaintiff                    Of Attorneys for Defendants