IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENICE SPENCER,<br><br>                                  Plaintiff,<br><br>     v.<br><br>GREATER ALBANY PUBLIC SCHOOL DISTRICT 8J; and SCOTT SMITH,<br><br>                                Defendants. | 6:20-cv-02187-MK<br><br>JUDGMENT |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice and with each party bearing its own costs and attorney fees.

Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 16th day of May 2022.

                                                      MELISSA AUBIN<br>
                                                      Clerk of Court

                                                      By:    /s/ J. Klein<br>
                                                                 Deputy Clerk